IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTON BAYARD BOYLE | : | CIVIL ACTION |
| v. | : | |
| JUDGE PAUL M. YATRON, et al. | : | NO. 10-0530 |

## ORDER

AND NOW, this 17 day of May, 2010, having considered plaintiff's pro se complaint and motion to proceed in forma pauperis, IT IS HEREBY ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED pursuant to 28 U.S.C. § 1915;

2. This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e); and

3. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

EDUARDO C. ROBRENO, J.